# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) **03-2840C**

Patriot LLC

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] D.E. Wilson, Jr.

Firm Name: Venable LLP

Post Office Box:

Street Address: 575 7th Street, N.W.

City-State-Zip: Washington, D.C. 20004

Telephone & Facsimile Numbers: 202-344-4000 202-344-8300

E-mail address: dwilson@venable.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

FILED
DEC 19 2003
U.S. COURT OF FEDERAL CLAIMS

Nature of suit code: 1 2 6

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D O D

**See attached Sheet for three digit code.**

Amount Claimed: $ 20,000,000

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003