ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
DEC 19 2003
U.S. COURT OF FEDERAL CLAIMS

PATRIOT LLC,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 03-2840C

Judge

## NOTICE OF DIRECTLY-RELATED CASE

Pursuant to the Rules of the United States Court of Federal Claims ("COFC"), Rule 40.2(a), Plaintiff, Patriot LLC ("Patriot"), by and through its undersigned attorneys, hereby notifies the court that the complaint in the above-captioned case is directly related to the case of *The Catholic University of America v. The United States of America*, No. 02-1896C (Wiese, Judge). The cases are directly related because they involve the same parties, are based on the same or similar claims, involve the same statute, and involve the disposition of the same property. See COFC Rule 40.2(a)(1). Patriot believes that assignment of these cases to a single judge and consolidation will conserve judicial resources and promote an efficient determination of the actions. See COFC Rule 40.2(a)(4).

Specifically, the cases are directly related because both involve interpretation and construction of the same unique statute (section 1053 of Public Law No. 104-201, 110 Stat. 2422, 2650 (1996), as amended by Public Law No. 105-261 §1043, 112 Stat. 1970, 2125 (1998) and Public Law 106-65 §384, 113 Stat. 512, 584 (1999)) as that statute applies to the sale of a 49 acre parcel of real property. In the related case, the Catholic University of America is challenging the actions of the United States with regard to

interpretation, construction and implementation of the statute governing the sale of the property. Patriot is a Defendant-Intervenor in the related case. In the present complaint, Patriot also challenges the procedures followed by the United States with regard to the sale of the same property as violating the same statute.

Respectfully submitted,

December 19, 2003

D. E. Wilson, Jr.
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
202-344-4000 (voice)
202-344-8300 (fax)

Of Counsel:

Thomas J. Madden, Esquire
Carla D. Craft, Esquire

# CERTIFICATE OF SERVICE

I hereby certify that the attached Notice of Directly-Related Case was served by hand delivery and first-class U.S. mail, postage prepaid, on the 19th day of December on:

Thomas P. Humphrey, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
202-628-5116 (fax)

*Counsel for The Catholic University of America, Plaintiff in the related case*

and

William K. Olivier, Esquire
Civil Division
Department of Justice
1100 L Street, N.W.
Attention: Classification Unit 8th floor
Washington, DC 20530
202-514-7965 (fax)

*Counsel for the United States of America, Defendant in the related case*

D. E. Wilson, Jr.

DCDOCS1//#175399