# In the United States Court of Federal Claims

No. 03-2840C
Filed: January 8, 2004

| | |
|---|---|
| PATRIOT LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

SCHEDULING HEARING

Pursuant to the agreement of the parties, a hearing is scheduled for 10:30 a.m., Tuesday, January 13, 2004, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed.

s/John P. Wiese
John P. Wiese
Judge