IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PATRIOT, LLC. | ) |
| | ) |
| Plaintiff, | )No. 03-2840 |
| | )(Judge Wiese) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Douglas K. Mickle as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Douglas K. Mickle
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

Dated: January 14, 2004

s/ Douglas K. Mickle
Douglas K. Mickle
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 514-7300
Fax: (202) 307-0972

## CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on January 14, 2004, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Douglas K. Mickle
Douglas K. Mickle