# In the United States Court of Federal Claims

No. 03-2840C
Filed: January 15, 2004

PATRIOT LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

RESCHEDULING HEARING

---

At the request of the parties, the hearing originally scheduled for 10:30 a.m., Tuesday, January 13, 2004, has been rescheduled for Thursday, February 12, 2004, at 2:30 p.m. at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed.

s/John P. Wiese
John P. Wiese
Judge