# In the United States Court of Federal Claims

No. 03-2840C
Filed: February 10, 2004

PATRIOT LLC, )
Plaintiff, )
v. )
THE UNITED STATES, )
Defendant. )

ORDER

CANCELING HEARING

At the request of the parties, the hearing scheduled for 2:30 p.m. on Thursday, February 12, 2004, has been canceled and will be rescheduled at a later date, if necessary.

s/John P. Wiese
John P. Wiese
Judge