IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PATRIOT, LLC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2840 |
| | ) | (Judge Wiese) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(1) of the Rules of the United States Court of Federal Claims ("RCFC"), the United States respectfully requests an enlargement of time of 31 days, to and including March 22, 2004, to respond to plaintiff's complaint. This is defendant's first request for an enlargement of time for this purpose. Counsel for both parties have discussed this motion; plaintiff's counsel has informed the United States that Patriot LLC does not oppose this motion for enlargement.

The United States requests this enlargement of time because the parties are presently involved in discussions to resolve this matter short of litigation. Accordingly, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 514-7300
Attorneys for Defendant

February 11, 2004

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on February 12, 2004, a copy of "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Douglas K. Mickle
Douglas K. Mickle