IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PATRIOT, LLC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2840 |
| | ) | (Judge Wiese) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE ONE DAY OUT OF TIME DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 7.1(d) of the Rules for the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court file one day out of time Defendant's Answer. The United States' initial response to Patriot LLC's complaint was due on March 22, 2004.

As the Court is aware, the parties have been in ongoing discussions to resolve this matter short of continued litigation since Patriot LLC filed its complaint. As these discussions progressed, the United States had sought Patriot LLC's concurrence to a final enlargement of time to respond to Patriot LLC's complaint. However, Patriot LLC informed the United States that it would oppose defendant's second request for enlargement of time to file the United States' answer. Therefore, the undersigned counsel worked diligently to finish preparing an answer to Patriot LLC's complaint on March 22, 2004, but was unable to obtain the agency's final concurrence and supervisory review until March 23, 2004. Therefore, the United States respectfully requests that the Court grant this motion and

authorize the Clerk of Court to file, one day out of time, Defendant's Answer.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 514-7300
Attorneys for Defendant

March 23, 2004

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on March 23, 2004, a copy of "DEFENDANT'S MOTION FOR LEAVE TO FILE ONE DAY OUT OF TIME DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Douglas K. Mickle
Douglas K. Mickle