IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PATRIOT, LLC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2840 |
| | ) | (Judge Wiese) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Rules of the Court of Federal Claims, the parties stipulate that the Court dismiss the complaint with prejudice, with all parties bearing their own costs, expenses, and attorneys fees.

Respectfully submitted and agreed to:

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Mark A. Melnick
MARK A. MELNICK
Assistant Director
Authorized Representative of
the Attorney General

s/D.E. Wilson, JR.
D.E. WILSON, JR., Esq.
Venable LLP
575 7th Street, N.W.
Washington D.C. 20004
Tele: (202) 344-4000
Fax: (202) 572-5645
Authorized Representative of
Patriot LLC

May 3, 2004

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St. NW
Washington, DC 20530
Tele: (202) 514-7300
Fax: (202) 307-0972

**CERTIFICATE OF SERVICE**

**I hereby certify under penalty of perjury that on May 3, 2004, a copy of the foregoing Stipulation of Dismissal was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.**

**s/ Douglas K. Mickle**
**Douglas K. Mickle**